**SO ORDERED.**
**SIGNED this 8th day of May, 2018**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**NANCY TURNER WILSON**     Case No. **3:17-bk-32511-SHB**
                            Chapter 7

   Debtor.

### ORDER APPROVING COMPROMISE OF DISPUTE

Michael H. Fitzpatrick, trustee, moved the Court for authority to settle a claim of the estate against the Debtor. Notice to creditors and other parties in interest of the compromise and sale was made pursuant to E.D. Tenn. LBR 9013-1(f). No objections were filed. The Court is therefore of the opinion that the motion should be granted as follows:

That the trustee is hereby allowed to compromise the estate's claim against the Debtor with respect to real property located at 400 North Rose Street, Lenoir City Tennessee 37771 in exchange for $12,631.27 to be made within 30 days of the entry of this order.

###

**APPROVED FOR ENTRY:**

*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com